**Jasna KUHAR, Plaintiff-Appellant,**

**v.**

**DEVICOR MEDICAL PRODUCTS, INC.; Joseph Baia, Defendants-Appellees.**

**No. 16-2194**

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2017

Decided: August 9, 2017

R. Scott Oswald, Kellee B. Kruse, EM-PLOYMENT LAW GROUP, PC, Washington, D.C.; Richard T. Seymour, LAW OFFICES OF RICHARD T. SEYMOUR, PLLC, Washington, D.C., for Appellant. Christine M. Costantino, Karla Grossenbacher, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasna Kuhar appeals the district court's order granting summary judgment to Defendants on her age discrimination, sex discrimination, and defamation claims. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in open court and in its supplemental memorandum opinion. *Kuhar v. Devicor Med. Prods., Inc.*, No. 1:15-cv-01533-LMB-MSN, 2016 WL 6211711 (E.D. Va. Sept. 23, 2016 & Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*